Argued and submitted June 20, reversed and remanded August 21, 1991

## ROLANDO DORSEY,
*Appellant,*

*v.*

## Manfred (Fred) MAASS,
*Respondent.*

(90C-12032; CA A67053)

814 P2d 1097

Hari Nam S. Khalsa, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Yuanxing Chen, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).